# EXHIBIT 1



UnitedHealthcare
185 Asylum Street
Cityplace I
Hartford, CT 06103

June 29, 2018

GA6Y8556BW

HARRIS PHARMACEUTICAL INC
9090 Park Royal Drive
Fort Myers, FL 339080000

Dear Customer:

Enclosed in this package are your Group coverage documents. Depending on the type(s) of coverage you have selected there may be one or more sets of Master Documents. Please keep all Master Documents and any applicable amendment(s) with your other coverage records.

Please distribute one copy of the coverage document(s) to each of your covered Employees.

For your convenience, you no longer need to order document(s) for new hires. As future Employees become covered, you will be sent a copy of the document(s) for each new employee. If an employee has misplaced their coverage document(s), please continue to call the Customer Service Center.

If you have any questions about this information, please contact your UnitedHealthcare Customer Service Center at the number on the back of your ID card.

Very truly yours,

*Christopher Hock*

Christopher Hock
Broker & Employer Operations
UnitedHealthcare

Neighborhood Health Partnership
**7600 Corporate Center Drive**
**Miami, FL 33126**

**Mailing Address**

Po Box 5210
**Kingston, NY 12402-5210**

Customer Service
305-715-2500
1-800-354-0222
TTY 305-715-2322
Spanish speaking members: 888-414-3245

**Monday through Friday between 8am and 6pm EST**

Online directory and member information www.myuhc.com

# Neighborhood Health Partnership, Inc.

# GROUP SERVICE AGREEMENT

This Group Service Agreement ("Agreement") is entered into by and between Neighborhood Health Partnership, Inc. ("NHP") and the "Group," as described in Exhibit 1.

When used in this document, the words "we," "us," and "our" are referring to NHP.

Upon our receipt of the Group's signed application and payment of the first Premium Due Date, this Agreement is deemed executed.

We agree to provide Benefits for Covered Health Services set forth in this Agreement, including the attached Member Handbook (Handbook) and Summary of Benefits subject to the terms, conditions, exclusions, and limitations of this Agreement. The Group's application is made a part of this Agreement.

This Agreement replaces and overrules any previous agreements relating to Benefits for Covered Health Services between the Group and us. The terms and conditions of this Agreement will in turn be overruled by those of any subsequent agreements relating to Benefits for Covered Health Services between the Group and us.

We will not be deemed or construed as an employer or plan administrator for any purpose with respect to the administration or provision of benefits under the Group's benefit plan. We are not responsible for fulfilling any duties or obligations of an employer or plan administrator with respect to the Group's benefit plan.

This Agreement will become effective on the date specified in Exhibit 1 and will be continued in force by the timely payment of the required Premium when due, subject to termination of this Agreement as provided in Article 5.

When this Agreement is terminated, as described in Article 5, this Agreement and all Benefits under this Agreement end at 12:00 midnight on the date of termination.

This Agreement is issued as described in Exhibit 1.

Issued By:

Neighborhood Health Partnership, Inc.

*[signature]*

CEO of the South Florida Health Plan

## Article 1: Glossary of Defined Terms

The terms used in this Agreement have the same meanings given to those terms in Definitions of the attached Handbook.

**Coverage Classification** - one of the categories of coverage described in Exhibit 2 for rating purposes (for example: Subscriber only, Subscriber and spouse, Subscriber and children, Subscriber and family).

**Material Misrepresentation** - any oral or written communication or conduct, or combination of communication and conduct, that is untrue and is intended to create a misleading impression in the mind of another person. A misrepresentation is material if a reasonable person would attach importance to it in making a decision or determining a course of action, including but not limited to, the issuance of a policy or coverage under a policy, calculation of rates, or payment of a claim.

## Article 2: Benefits

Subscribers and their Enrolled Dependents are entitled to Benefits for Covered Health Services subject to the terms, conditions, limitations and exclusions set forth in the Handbook and Summary of Benefits attached to this Agreement. Each Handbook and Summary of Benefits, including any Riders and Amendments, describes the Covered Health Services, required Copayments, and the terms, conditions, limitations and exclusions related to coverage.

## Article 3: Premium Rates and Monthly Charges

### 3.1 Premiums

Monthly Premiums payable by or on behalf of Covered Persons are specified in the *Cost Summary* or in any attached *Notice of Change* as described in Exhibit 2 of this Agreement.

We reserve the right to change the *Cost Summary* as described in Exhibit 1 of this Agreement. We also reserve the right to change the *Cost Summary* at any time if the *Cost Summary* was based upon a Material Misrepresentation relating to health status that resulted in the Premium rates being lower than they would have been if the Material Misrepresentation had not been made. We reserve the right to change the *Cost Summary* for this reason retroactive to the effective date of the *Cost Summary* that was based on the Material Misrepresentation.

### 3.2 Computation of Monthly Charge

The Monthly Charge will be calculated based on the number of Subscribers in each Coverage Classification that we show in our records at the time of calculation. The Monthly Charge will be calculated using the Premium rates in effect at that time. Exhibit 1 describes the way in which the Monthly Charge is calculated.

### 3.3 Adjustments to the Monthly Charge

We may make retroactive adjustments for any additions or terminations of Subscribers or changes in Coverage Classification that are not reflected in our records at the time we calculate the Monthly Charge. We will not grant retroactive credit for any change occurring more than 60 days prior to the date we received notification of the change from the Group.

The Group must notify us in writing within 60 days of the effective date of enrollments, terminations, or other changes. The Group must notify us in writing each month of any change in the Coverage Classification for any Subscriber. If premium taxes, guarantee or uninsured fund assessments, or other governmental charges relating to or calculated in regard to Premium are either imposed or increased, those charges will automatically be added to the Premium. In addition, any change in law or regulation that significantly affects our cost of operation will result in an increase in Premium in an amount we determine.

### 3.4 Payment of the Monthly Charge

The Monthly Charge is payable to us in advance by the Group as described under "Payment of the Monthly Charge" in Exhibit 1. The first Monthly Charge is due and payable on or before the effective date of this Agreement. Subsequent Monthly Charges are due and payable no later than the first day of each payment period specified in item 6 of Exhibit 1, while this Agreement is in force.

All payments shall be made in United States dollars, in immediately available funds, and shall be remitted to us at the address set forth in the Group's application or at such other address as we may from time to time designate in writing. The Group agrees not to send us payments marked "paid in full", "without recourse", or similar language. In the event that the Group sends such a payment, we may accept it without losing any of our rights under

this Agreement and the Group will remain obligated to pay any and all amounts owed to us.

A service charge will be assessed for any non-suffecient-fund check received in payment of the Monthly Charge.

The Group must reimburse us for attorney's fees and any other costs related to collecting delinquent Monthly Charges.

## 3.5 Grace Period

A grace period of 31 days will be granted for the payment of any Monthly Charge not paid when due. During the grace period, this Agreement will continue in force. The grace period will not extend beyond the date this Agreement terminates.

The Group is liable for payment of the Monthly Charge during the grace period.

This Agreement terminates as described in Article 5.1 if the grace period expires and the past due Monthly Charge remains unpaid.

# Article 4: Eligibility and Enrollment

## 4.1 Eligibility Conditions or Rules

Eligibility conditions or rules for each class are stated in the corresponding Exhibit 2. The eligibility conditions stated in Exhibit 2 are in addition to those specified in Handbook.

## 4.2 Initial Enrollment Period

Eligible Persons and their Dependents may enroll for coverage under this Agreement during the Initial Enrollment Period. The Initial Enrollment Period is determined by the Group.

## 4.3 Open Enrollment Period

An Open Enrollment Period will be provided periodically for each class, as specified in the corresponding Exhibit 2. During an Open Enrollment Period, Eligible Persons may enroll for coverage under this Agreement.

## 4.4 Effective Date of Coverage

The effective date of coverage for properly enrolled Eligible Persons and their Dependents is stated in Exhibit 2.

# Article 5: Agreement Termination

## 5.1 Conditions for Termination of the Entire Agreement

This Agreement and all benefits for covered health services under this Agreement will automatically terminate on the earliest of the dates specified below:

A. At our option, retroactive to the last paid date of coverage if the grace period expires and the Monthly Charge remains unpaid on the due date.

B. On the date specified by the Group, after at least 31 days prior written notice to us that this Agreement is to be terminated.

C. On the date we specify, after at least 45 days prior written notice to the Group, that this Agreement is to be terminated due to the Group's violation of the participation and/or contribution rules as shown in Exhibit 1.

D. On the date we specify, after at least 45 days prior written notice to the Group, that this Agreement is to be terminated because the Group performed an act, practice or omission that constituted fraud or made an intentional misrepresentation of a fact that was material to the execution of this Agreement or to the provision of coverage under this Agreement. In this case, we have the right to rescind this Agreement back to either:

- The effective date of this Agreement.
- The date of the act, practice or omission, if later.

E. On the anniversary renewal date we specify, after at least 90 days prior written notice to the Group and to each Subscriber, that this Agreement is to be terminated because we will no longer issue this particular type of group health benefit plan within the applicable market.

F. On the anniversary renewal date we specify, after at least 180 days prior written notice to the applicable state authority, the Group and to each Subscriber, that this Agreement is to be terminated because we will no longer issue any employer health benefit plan within the applicable market.

If we fail to provide the 45 days' notice required under A, C or D above, this Agreement shall remain in effect at the existing rates until 45 days after the notice is given or until the effective date of replacement coverage obtained by the Group, whichever occurs first.

## 5.2 Payment and Reimbursement Upon Termination

Upon any termination of this Agreement, the Group is and will remain liable to us for the payment of any and all Premiums which are unpaid at the time of termination.

## Article 6: General Provisions

### 6.1 Entire Agreement

This Agreement, including the Handbook, the Summary of Benefits, the application of the Group, and any Amendments, Notices of Change, and Riders, constitute the entire Agreement between the parties. All statements made by the Group or by a Subscriber will, in the absence of fraud, be deemed representations and not warranties.

### 6.2 Dispute Resolution

No legal proceeding or action may be brought until the parties have attempted, in good faith, to resolve the dispute amongst themselves. In the event the dispute is not resolved within 30 days after one party has received written notice of the dispute from the other party, and both parties wish to pursue the dispute further, the dispute may be submitted to arbitration as set forth below.

The parties acknowledge that because this Agreement affects interstate commerce, the *Federal Arbitration Act* applies. If the Group wishes to seek further review of the decision or the complaint or dispute, it may submit the decision, complaint or dispute to arbitration pursuant to the rules of the *American Arbitration Association.*

The matter should be submitted to arbitration within one year of the date notice of the dispute was received. The arbitrators will have no power to award any punitive or exemplary damages or to vary or ignore the provisions of this Agreement, and are bound by controlling law.

### 6.3 Time Limit on Certain Defenses

No statement made by the Group, except a fraudulent statement, can be used to void this Agreement after it has been in force for a period of two years.

### 6.4 Amendments and Alterations

Amendments to this Agreement are effective 31 days after we send written notice to the Group. Riders are effective on the date we specify. Other than changes to Exhibit 2 stated in a Notice of Change to Exhibit 2, no change will be made to this Agreement unless made by an Amendment or a Rider which is signed by one of our authorized executive officers. No agent has authority to change this Agreement or to waive any of its provisions.

### 6.5 Relationship between Parties

The relationships between us and Network providers, and relationships between us and Groups, are solely contractual relationships between independent contractors. Network providers and Groups are not our agents or employees, nor are we or any of our employees an agent or employee of Network providers or Groups.

The relationship between a Network provider and any Covered Person is that of provider and patient. The Network provider is solely responsible for the services provided by it to any Covered Person. The relationship between any Group and any Covered Person is that of employer and employee, Dependent, or any other category of Covered Person described in the Coverage Classifications specified in this Agreement.

The Group is solely responsible for enrollment and Coverage Classification changes (including termination of a Covered Person's coverage) and for the timely payment of the Monthly Charges.

### 6.6 Records

The Group must furnish us with all information and proofs which we may reasonably require with regard to any matters pertaining to this Agreement. We may at any reasonable time inspect:

- All documents furnished to the Group by an individual in connection with coverage.
- The Group's payroll.
- Any other records pertinent to the coverage under this Agreement.

By accepting Benefits under this Agreement, each Covered Person authorizes and directs any person or institution that has provided services to him or her, to furnish us or our designees any and all information and records or copies of records relating to the health care services provided to the Covered Person. We have the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Subscriber's enrollment form.

We agree that such information and records will be considered confidential. We have the right to release any and all records concerning health care services which are necessary to implement and administer

the terms of this Agreement including records necessary for appropriate medical review and quality assessment or as we are required by law or regulation.

During and after the term of this Agreement, we and our related entities may use and transfer the information gathered under this Agreement for research and analytic purposes.

### 6.7 Administrative Services

The services necessary to administer this Agreement and the Benefits provided under it will be provided in accordance with our standard administrative procedures or those standard administrative procedures of our designee. If the Group requests that administrative services be provided in a manner other than in accordance with these standard procedures, including requests for non-standard reports, the Group must pay for such services or reports at the then current charges for such services or reports.

We may offer to provide administrative services to the Group for certain wellness programs including, but not limited to, fitness programs, biometric screening programs and wellness coaching programs.

### 6.8 Employee Retirement Income Security Act (ERISA)

When this Agreement is purchased by the Group to provide benefits under a welfare plan governed by the federal *Employee Retirement Income Security Act* 29 U.S.C., 1001 et seq., we will not be named as, and will not be, the plan administrator or the named fiduciary of the welfare plan, as those terms are used in ERISA.

### 6.9 Examination of Covered Persons

In the event of a question or dispute concerning Benefits for Covered Health Services, we may reasonably require that a Network Physician, acceptable to us, examine the Covered Person at our expense.

### 6.10 Clerical Error

Clerical error will not deprive any individual of Benefits under this Agreement or create a right to Benefits. Failure to report enrollments will not be considered a clerical error and will not result in retroactive coverage for Eligible Persons. Failure to report the termination of coverage will not continue the coverage for a Covered Person beyond the date it is scheduled to terminate according to the terms of this Agreement. Upon discovery of a clerical error, any necessary appropriate adjustment in Premiums will be made. However, we will not grant any such adjustment in Premiums or coverage to the Group for more than 60 days of coverage prior to the date we received notification of the clerical error.

### 6.11 Workers' Compensation Not Affected

Benefits provided under this Agreement do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

### 6.12 Conformity with Law

Any provision of this Agreement which, on its effective date, is in conflict with the requirements of state or federal statutes or regulations (of the jurisdiction in which this Agreement is delivered) is deemed to be amended to conform to the minimum requirements of those statutes and regulations.

### 6.13 Notice

When we provide written notice regarding administration of this Agreement to an authorized representative of the Group, that notice is deemed notice to all affected Subscribers and their Enrolled Dependents. The Group is responsible for giving notice to Covered Persons on a timely basis.

Any notice sent to us under this Agreement and any notice sent to the Group must be addressed as described in Exhibit 1.

### 6.14 Continuation Coverage

We agree to provide Benefits under this Agreement for those Covered Persons who are eligible to continue coverage under federal or state law, as described in the Handbook.

We will not provide any administrative duties with respect to the Group's compliance with federal law. All duties of the plan sponsor or plan administrator remain the sole responsibility of the Group, including but not limited to notification of COBRA law continuation rights and billing and collection of Premium.

### 6.15 Certification of Coverage Forms

As required by the federal *Health Insurance Portability and Accountability Act of 1996 (HIPAA)*, we will produce certification of coverage forms for Covered Persons who lose coverage under this Agreement. The Group agrees to provide us with all necessary eligibility and termination data. Certification of coverage forms will be based on eligibility and termination data that the Group provides to our eligibility systems in accordance with our data specifications, and which is available in our eligibility systems as of the date the form is generated. The certification of coverage forms will only include periods of coverage that we administer under this Agreement.

### 6.16 Subscriber's Individual Handbook

We will issue the Handbook, Summary of Benefits and any attachments to the Group for delivery to each covered Subscriber. The Handbook, Summary of Benefits and any attachments will show the Benefits and other provisions of this Agreement. In addition, you may have access to your Handbook and Summary of Benefits online at www.myuhc.com.

### 6.17 System Access

The term "systems" as used in this provision means our systems that we make available to the Group to facilitate the transfer of information in connection with this Agreement.

#### System Access

We grant the Group the nonexclusive, nontransferable right to access and use the functionalities contained within the systems, under the terms set forth in this Agreement. The Group agrees that all rights, title and interest in the systems and all rights in patents, copyrights, trademarks and trade secrets encompassed in the systems will remain ours. In order to obtain access to the systems, the Group will obtain, and be responsible for maintaining, at no expense to us, the hardware, software and Internet browser requirements we provide to the Group, including any amendments to those requirements. The Group is responsible for obtaining an internet service provider or other access to the Internet.

The Group will not:

- Access systems or use, copy, reproduce, modify, or excerpt any of the systems documentation provided by us in order to access or utilize systems, for purposes other than as expressly permitted under this Agreement.
- Share, transfer or lease its right to access and use systems, to any other person or entity which is not a party to this Agreement.

The Group may designate any third party to access systems on its behalf, provided the third party agrees to these terms and conditions of systems access and the Group assumes joint responsibility for such access.

#### Security Procedures

The Group will use commercially reasonable physical and software-based measures, and comply with our security procedures, as may be amended from time to time, to protect the system, its functionalities, and data accessed through systems from any unauthorized access or damage (including damage caused by computer viruses). The Group will notify us immediately if any breach of the security procedures, such as unauthorized use, is suspected.

#### System Access Termination

We reserve the right to terminate the Group's system access:

- On the date the Group fails to accept the hardware, software and browser requirements provided by us, including any amendments to the requirements.
- Immediately on the date we reasonably determine that the Group has breached, or allowed a breach of, any applicable provision of this Agreement. Upon termination of this Agreement, the Group agrees to cease all use of systems, and we will deactivate the Group's identification numbers and passwords and access to the system.

### 6.18 Summary of Benefits and Coverage

We will provide a *Summary of Benefits and Coverage ("SBC")*, as required by the *Affordable Care Act* and associated regulations *("ACA")*, to the Group for each benefit plan purchased by the Group. The Group shall be responsible for delivering the *SBC* to all Covered Persons and to other persons eligible for coverage in the manner and at the times required by the *ACA*, unless we notify the Group that we will deliver the *SBC* to Covered Persons and other persons eligible for coverage.

# Exhibit 1

1. **Parties.** The parties to this Agreement are Neighborhood Health Partnership, Inc. and the Group.

2. **Effective Date of this Agreement.** The effective date of this agreement is 12:01 a.m. as stated on the Application in the time zone of the Group's location.

3. **Place of Issuance.** We are delivering this Agreement in the State of Florida. This Agreement is governed by ERISA. To the extent that state law applies, the laws of the State of Florida are the laws that govern this Agreement.

4. **Premiums.** We reserve the right to change the *Cost Summary* specified in Exhibit 2, after a 31-day prior written notice on the first anniversary of the effective date of this Agreement specified in the application or on any monthly due date thereafter, or on any date the provisions of this Agreement are amended. We also reserve the right to change the *Cost Summary*, retroactive to the effective date, if a Material Misrepresentation relating to health status has resulted in a lower schedule of rates.

5. **Computation of Monthly Charge.** A full month's Premium will be charged for any Covered Person who is covered under this Agreement for any portion of a calendar month.

6. **Payment of the Monthly Charge.** The Monthly Charge is payable to us in advance by the Group on a monthly basis.

7. **Minimum Participation Requirement.** The minimum participation requirement for the Group is 75% of Eligible Persons excluding spousal waivers but no less than 50% of all Eligible Persons.

8. **Minimum Contribution Requirement.** The Group must maintain a minimum contribution requirement of 50% of the Premium for each Eligible Person.

9. **Notice.** Any notice sent to us under this Agreement must be addressed to:

Neighborhood Health Partnership, Inc.
PO Box 5210
Kingston, NY 12402-5210

Any notice sent to the Employer Group under this Agreement must be addressed to the Employer Group's last address on file.

# Exhibit 2

1. **Class Description.**

    See Application.

2. **Eligibility.** The eligibility rules are established by the Group. The following eligibility rules are in addition to the eligibility rules specified in the Employer Application and/or in Individual Enrollment, Termination of Coverage and Conversions in the Handbook.

    The waiting or probationary period for newly Eligible Persons is as stated on the applicatio n.

3. **Open Enrollment Period.** An Open Enrollment Period of at least 31 days will be provided by the Group during which Eligible Persons may enroll for coverage. The Open Enrollment Period will be provided on an annual basis.

4. **Effective Date for Eligible Persons.** The effective date of coverage for Eligible Persons who are eligible on the effective date of this Agreement is July 1, 2018 .

    For an Eligible Person who becomes eligible after the effective date of this Agreement, his or her effective date of coverage is the first day of the month following the last day of the required waiting period. Any required waiting period will not exceed 90 days.

5. **Schedule of Premium Rates.**

    Monthly Premiums payable by or on behalf of Covered Persons are specified in the *Cost Summary* detailed through the new business premium confirmation process and renewal package.