EXHIBIT 4



A UnitedHealth Group Company

UnitedHealthcare
185 Asylum Street
Cityplace I
Hartford, CT 06103

October 17, 2020

G/GA6L8672BW

HARRIS PHARMACEUTICAL INC
9090 PARK ROYAL DRIVE
FORT MYERS, FL 339080000

Dear Customer:

Enclosed in this package are your Group coverage documents. Depending on the type(s) of coverage you have selected there may be one or more sets of Master Documents. Please keep all Master Documents and any applicable amendment(s) with your other coverage records.

Please distribute one copy of the coverage document(s) to each of your covered Employees.

For your convenience, you no longer need to order document(s) for new hires. As future Employees become covered, you will be sent a copy of the document(s) for each new employee. If an employee has misplaced their coverage document(s), please continue to call the Customer Service Center.

If you have any questions about this information, please contact your UnitedHealthcare Customer Service Center at the number on the back of your ID card.

Very truly yours,

Christopher Hock
UnitedHealthcare

# UnitedHealthcare Insurance Company

# Group Policy
# For
# HARRIS PHARMACEUTICAL INC

# UnitedHealthcare
# Choice Plus

**Group Number:**   G/GA6L8672BW **Health Plan:**   AU - YU **Prescription Code:**   851
**Effective Date:**   July 1, 2020

# UnitedHealthcare Insurance Company

185 Asylum Street

Hartford,  CT 06103-3408

1-800-357-1371

# Please call Customer Service at 1-800-357-1371 for assistance regarding inquiries, resolving a complaint or obtaining information about Benefits and coverage.

**Note: Call the telephone number on your ID card, or check our website www.myuhc.com to determine appropriate providers to contact in the case of an Emergency Medical Condition and other information regarding Emergency Health Care Services within the community. In some cases, the most cost effective action may be to visit an Urgent Care Center. Check your Schedule of Benefits to determine the Co-payment or Co-insurance for a visit to the Urgent Care Center or your Physician's office, rather than seeking care at an emergency room in a Hospital.**

**Our website www.myuhc.com also includes a health care cost estimator and information regarding plan details, such as Co-payments and Co-insurance for various services, any required deductible and the status of your Out-of-Pocket Limit.**

**WARNING: LIMITED  BENEFITS  WILL  BE  PAID  WHEN  OUT-OF-NETWORK  PROVIDERS  ARE  USED.** You should be aware that when you elect to utilize the services of an out-of-Network provider for a covered service (other than Emergency Health Care Services), benefit payments to the out-of-Network provider are not based upon the amount the out-of-Network provider charges. The basis of the payment will be determined according to the Contract's out-of-Network reimbursement benefit. Out-of-Network providers may bill you for any difference in the amount.

**YOU MAY BE REQUIRED TO PAY MORE THAN THE CO-INSURANCE OR CO-PAYMENT AMOUNT.** Network providers have agreed to accept discounted payments for services with no additional billing to you other than Co-insurance, Co-payment, and Deductible amounts. You may obtain further information about the providers who have contracted with us by referring to our website at www.myuhc.com  or your agent directly.

# The Certificate of Coverage and Schedule of Benefits contain a deductible.

*William J Golden,  President*

UnitedHealthcare  Insurance Company

# Group Policy

## UnitedHealthcare Insurance Company

185 Asylum Street

Hartford, CT 06103-3408

1-800-357-1371

This Policy is entered into by UnitedHealthcare Insurance Company and the "Group," as described in Exhibit 1.

When used in this document, the words "we," "us," and "our" refer to UnitedHealthcare Insurance Company.

Upon our receipt of the signed Group *Application* and payment of the first Policy Charge, this Policy is executed. The Group's *Application* is made a part of this Policy.

We agree to provide Benefits for Covered Health Care Services stated in this Policy, including the attached *Certificate(s) of Coverage* and *Schedule(s) of Benefits,* subject to the terms, conditions, exclusions, and limitations of this Policy. This Policy replaces and overrules any previous agreements relating to Benefits for Covered Health Care Services between the Group and us. The terms and conditions of this Policy will in turn be overruled by those of any future agreements relating to Benefits for Covered Health Care Services between the Group and us.

We are not an employer or plan administrator for any purpose with respect to the administration or provision of benefits under the Group's benefit plan. We are not responsible for fulfilling any duties or obligations of an employer or plan administrator with respect to the Group's benefit plan.

This Policy is effective on the date shown in Exhibit 1 and continues in force by the timely payment of the required Policy Charges when due, subject to the end of this Policy as provided in Article 5.

When this Policy ends, as described in Article 5, this Policy and all Benefits under this Policy will end at 12:00 midnight on the date the Policy ends.

This Policy is issued as described in Exhibit 1.

Issued By:

UnitedHealthcare Insurance Company

*William J Golden, President*

# Article 1: Glossary of Defined Terms

The terms used in this Policy have the same meanings as those defined in *Section 9: Defined Terms* in the attached *Certificate(s) of Coverage*. In addition, the following terms apply:

**Coverage Classification** - one of the categories of coverage described in Exhibit 2 for rating purposes (for example: Subscriber only, Subscriber and spouse, Subscriber and children, Subscriber and family).

**Material Misrepresentation** - any oral or written communication or conduct, or combination of communication and conduct, that is untrue and is intended to create a misleading impression in the mind of another person. A misrepresentation is material if a reasonable person would attach importance to it in making a decision or determining a course of action, including but not limited to, the issuance of a policy or coverage under a policy, calculation of rates, or payment of a claim.

# Article 2: Benefits

Subscribers and their Enrolled Dependents are entitled to Benefits for Covered Health Care Services subject to the terms, conditions, limitations and exclusions stated in the *Certificate(s) of Coverage* and *Schedule(s) of Benefits* attached to this Policy. Each *Certificate of Coverage* and *Schedule of Benefits,* including any Riders and Amendments, describes the Covered Health Care Services, required Co-payments, and the terms, conditions, limitations and exclusions related to coverage.

# Article 3: Premium Rates and Policy Charge

## 3.1 Premiums

Monthly Premiums payable by or on behalf of Covered Persons are shown in the *Schedule of Premium Rates* in Exhibit 2 of this Policy or in any attached *Notice of Change*.

We have the right to change the *Schedule of Premium Rates* as described in Exhibit 1 of this Policy. We also have the right to change the *Schedule of Premium Rates* at any time if the *Schedule of Premium Rates* was based upon a Material Misrepresentation that resulted in the Premium rates being lower than they would have been if the Material Misrepresentation had not been made. We have the right to change the *Schedule of Premium Rates* for this reason retroactive to the effective date of the *Schedule of Premium Rates* that was based on the Material Misrepresentation.

## 3.2 How Is the Policy Charge Calculated?

The Policy Charge will be calculated based on the number of Subscribers in each Coverage Classification that we show in our records at the time of calculation. The Policy Charge will be calculated using the Premium rates in effect at that time. Exhibit 1 describes the way in which the Policy Charge is calculated.

The Group is solely responsible for enrollment and Coverage Classification changes (including the end of a Covered Person's coverage) and for the timely payment of the Policy Charges.

## 3.3 When Is the Policy Charge Adjusted?

We may make retroactive adjustments for any additions or terminations of Subscribers or changes in Coverage Classification that are not reflected in our records at the time we calculate the Policy Charge. We will not grant retroactive credit for any change happening more than 45 days prior to the date we received notification of the change from the Group. We also will not grant retroactive credit for any calendar month in which a Subscriber has received Benefits.

The Group must notify us in writing within 60 days of the effective date of enrollments, terminations, or other changes. The Group must notify us in writing each month of any change in the Coverage Classification for any Subscriber.

If premium taxes, guarantee or uninsured fund assessments, or other governmental charges relating to or calculated in regard to Premium are either imposed or increased, those charges will be added to the Premium at that time. In addition, any change in law or regulation that affects our cost of operation may result in an increase

in Premium in an amount we determine.

## 3.4 How Is the Policy Charge Paid?

The Policy Charge is payable to us in advance by the Group as described under "Payment of the Policy Charge" in Exhibit 1. The first Policy Charge is due and payable on or before the effective date of this Policy. Future Policy Charges are due and payable no later than the first day of each payment period shown in item 6 of Exhibit 1, while this Policy is in force.

All payments shall be made in United States currency, in immediately available funds, and shall be sent to us at the address on the invoice, or at another address that we may designate in writing. The Group agrees not to send us payments marked "paid in full", "without recourse", or similar language. In the event that the Group sends such a payment, we may accept it without losing any of our rights under this Policy and the Group will remain obligated to pay any and all amounts owed to us.

Late payment charges are assessed for any Policy Charge not received within 10 calendar days following the due date. There will be a service charge added to the Group's account for any check returned for non-sufficient funds. The names of all Covered Persons must be attached when payment is made.

The Group will reimburse any attorney's fees and costs related to collecting past due Policy Charges.

## 3.5 Does a Grace Period Apply?

A grace period of 31 days will be granted for the payment of any Policy Charge not paid when due. During the grace period, this Policy will continue in force. The grace period will not extend beyond the date this Policy ends.

The Group is responsible for payment of the Policy Charge during the grace period. If we receive written notice from the Group to end this Policy during the grace period, we will adjust the Policy Charge so that it applies only to the number of days this Policy was in force during the grace period.

This Policy ends as described in Article 5.1 if the grace period expires and the past due Policy Charge remains unpaid.

# Article 4: Eligibility and Enrollment

## 4.1 What Are the Eligibility Rules?

Eligibility rules for each class are stated in Exhibit 2 and in the Group *Application*. The eligibility rules stated in Exhibit 2 are in addition to those shown in *Section 3: When Coverage Begins* of the *Certificate of Coverage*.

## 4.2 Initial Enrollment Period

Eligible Persons and their Dependents may enroll for coverage under this Policy during the Initial Enrollment Period. The Initial Enrollment Period is set by the Group.

## 4.3 Open Enrollment Period

An Open Enrollment Period will be provided for each class, as shown in Exhibit 2. During an Open Enrollment Period, Eligible Persons may enroll for coverage under this Policy.

## 4.4 Effective Date of Coverage

The effective date of coverage for enrolled Eligible Persons and their Dependents is stated in Exhibit 2.

# Article 5: End of Policy

## 5.1 When Does the Policy End?

This Policy and all Benefits for Covered Health Care Services will automatically end on the earliest of the dates shown below:

A.  On the last day of the grace period if the Policy Charge remains unpaid and written notice of termination was sent to the Group within 45 days after the due date. The Group remains responsible for payment of the Policy Charge for the period of time this Policy remained in force during the grace period.

B.  On the date specified by the Group, after at least 45 days prior written notice to us that this Policy will end.

C.  On the date we specify, after at least 45 days prior written notice to the Group, that this Policy will end due to the Group's violation of the participation and contribution rules as shown in Exhibit 1.

D.  On the date we specify, after at least 45 days prior written notice to the Group, that this Policy will end because the Group performed an act, practice or omission that constituted fraud or made an intentional misrepresentation of a fact that was material to the execution of this Policy or to the provision of coverage under this Policy. In this case, we have the right to rescind this Policy back to either:

  ▪  The effective date of this Policy.

  ▪  The date of the act, practice or omission, if later.

E.  On the anniversary renewal date we specify, after at least 90 days prior written notice to the Group and to each Subscriber, that this Policy will end because we will no longer issue this particular type of group health benefit plan within the applicable market.

F.  On the anniversary renewal date we specify, after at least 180 days prior written notice to the applicable state authority and to the Group and to each Subscriber, that this Policy will end because we will no longer issue any employer health benefit plan within the applicable market.

## 5.2 Payment When the Policy Ends

When the Policy ends, the Group is and will remain responsible to us for the payment of any and all Premiums which are unpaid at the time the Policy ends. This will include a pro rata portion of the Policy Charge for any period this Policy was in force during any grace period preceding the end of the Policy.

# Article 6: General Provisions

## 6.1 What Is the Entire Policy?

This Policy, the *Certificate(s) of Coverage,* the *Schedule(s) of Benefits,* the Group *Application*, and any Amendments, *Notices of Change*, and Riders, make up the entire Policy.

## 6.2 Dispute Resolution

Parties are encouraged to attempt, in good faith, to resolve the dispute amongst themselves. In the event the dispute is not resolved within 30 days after one party has received written notice of the dispute from the other party, and either party wishes to pursue the dispute further, the dispute may be submitted to arbitration as noted below.

Arbitration will take place in Hartford County, Connecticut.

The matter must be submitted to binding arbitration within one year of the date notice of the dispute was received. The arbitrators will have no power to award any punitive or exemplary damages or to vary or ignore the provisions of this Policy, and will be bound by controlling law.

Arbitration is not binding and does not deprive the courts of jurisdiction. The Group does not forfeit any right to seek judicial resolution of this Policy as a result of arbitration.

No legal action may be brought to recover on this Policy within 60 days after written proof of loss has been given

as required by this Policy. No such action may be brought after 5 years from the time written proof of loss is required to be given.

## 6.3 Statements by Group

All statements made by the Group, in the absence of fraud, will be deemed representations and not warranties and that no statement made for the purpose of effecting coverage will avoid coverage or reduce benefits. We will not use any statement made by the Group to void the Policy unless it is a fraudulent, written statement signed by the Group.

## 6.4 Amendments and Alterations

Amendments and Riders to this Policy are effective upon the Group's next anniversary date, unless otherwise permitted by law. Other than changes to Exhibit 2 stated in a *Notice of Change* to Exhibit 2, no change will be made to this Policy unless made by an Amendment or a Rider which is signed by one of our authorized executive officers and consistent with applicable notice requirements. No agent has authority to change this Policy or to waive any of its provisions.

## 6.5 Our Relationship with Providers and Groups

We have agreements in place that govern the relationship between us, our Groups and Network providers, some of which are affiliated providers. Network providers enter into agreements with us to provide Covered Health Care Services to Covered Persons.

The relationship between a Network provider and any Covered Person is that of provider and patient. The Network provider is solely responsible for the services provided. The relationship between any Group and any Covered Person is that of employer and employee, Dependent, or any other category of Covered Person described in the Coverage Classifications shown in this Policy.

The Group is solely responsible for enrollment and Coverage Classification changes (including the end of a Covered Person's coverage) and for the timely payment of the Policy Charges.

## 6.6 Records

We may require information related to the Policy, from the Group. Upon request, the Group must provide us with the requested information and proofs which may include:

- All documents provided to the Group by an individual in connection with coverage.
- The Group's payroll.
- Any other records pertinent to the coverage under this Policy.

We have the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Subscriber's enrollment form.

We agree that such information and records will be considered confidential.

We have the right to release any and all records concerning health care services which are needed to administer the terms of this Policy including records for appropriate medical and quality review or as required by law or regulation.

During and after the term of this Policy, we and our related entities may use and transfer the information gathered under this Policy for research and analytic purposes.

## 6.7 Administrative Services

The services needed to administer this Policy and the Benefits provided under it will be provided in accordance with our standard administrative procedures or those standard administrative procedures of our designee. If the Group requests that administrative services be provided in a manner other than in accordance with these standard procedures, including requests for non-standard reports, the Group must pay for such services or reports at the then current charges for such services or reports.

We may offer to provide administrative services to the Group for certain wellness programs including, but not limited to, fitness programs, biometric screening programs and wellness coaching programs.

## 6.8 Employee Retirement Income Security Act (ERISA)

When this Policy is purchased by the Group to provide benefits under a health and welfare plan governed by the federal *Employee Retirement Income Security Act* 29 U.S.C., 1001 et seq., we will not be named as, and will not be, the plan administrator or the named fiduciary of the health and welfare plan, as those terms are used in ERISA.

## 6.9 Do We Require Examination of Covered Persons?

In the event of a question or dispute concerning Benefits for Covered Health Care Services, we may require that a Network Physician, of our choice examine the Covered Person at our expense unless a claim is pending.

## 6.10 What Happens When There Is a Clerical Error?

Clerical error will not deprive any individual of Benefits under this Policy or create a right to Benefits. Failure to report enrollments is not a clerical error. We will not provide retroactive coverage for Eligible Persons when the Group fails to report enrollments. Failure to report the end of coverage will not continue the coverage for a Covered Person beyond the date it is scheduled to end. Upon discovery of a clerical error, any needed adjustment in Premiums will be made. However, we will not grant any such adjustment in Premiums or coverage to the Group for more than 60 days of coverage prior to the date we received notificatio n of the clerical error.

## 6.11 Is Workers' Compensation Affected?

Benefits provided under this Policy do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

## 6.12 Conformity with Law

Any provision of this Policy which, on its effective date, is in conflict with the requirements of state or federal statutes or regulations (of the jurisdiction in which this Policy is delivered) is deemed to be amended to follow the minimum requirements of those statutes and regulations.

## 6.13 Notice

When we provide written notice regarding Policy administration to the Group's authorized representative. Once delivered, that notice is deemed notice to all affected Subscribers and their Enrolled Dependents. The Group is responsible for giving notice to Covered Persons on a timely basis.

Any notice sent to us under this Policy and any notice sent to the Group must be addressed as described in Exhibit 1.

## 6.14 Continuation Coverage

We agree to provide Benefits under this Policy for those Covered Persons who are eligible to continue coverage under federal or state law, as described in *Section 4: When Coverage Ends* of the *Certificate of Coverage.*

We will not provide any administrative duties with respect to the Group's compliance with federal or state law. All duties of the plan sponsor or plan administrator remain the sole responsibility of the Group, including but not limited to notification of COBRA and/or state law continuation rights and billing and collection of Premium.

## 6.15 Subscriber's Individual Certificate

We will issue *Certificate(s) of Coverage, Schedule(s) of Benefits,* and any attachments to the Group for delivery to each Subscriber. The *Certificate(s) of Coverage, Schedule(s) of Benefits,* and any attachments will show the Benefits and other provisions of this Policy. In addition, the *Certificate(s) of Coverage* and *Schedule(s) of Benefits* may be available online at www.myuhc.com.

## 6.16 Summary of Benefits and Coverage

We will provide a *Summary of Benefits and Coverage ("SBC"),* as required by the *Affordable Care Act* and related regulations *("ACA"),* to the Group for each benefit plan purchased. The Group is responsible for delivering the *SBC* to all Covered Persons and to other persons eligible for coverage in the manner and at the times required by the *ACA.*

## 6.17 System Access

The term "systems" as used in this provision means systems that we make available to the Group to facilitate the transfer of information in connection with this Policy.

## System Access

We grant the Group the nonexclusive, nontransferable right to access and use the functionalities contained within the systems, under the terms of this Policy. The Group agrees that all rights, title and interest in the systems and all rights in patents, copyrights, trademarks and trade secrets encompassed in the systems will remain ours. To access the systems, the Group will obtain, and be responsible for maintaining, at no expense to us, the hardware, software and Internet browser requirements we provide to the Group, including any amendments to those requirements. The Group is responsible for obtaining internet access.

The Group will not:

- Access systems or use, copy, reproduce, modify, or excerpt any of the systems documentation provided by us in order to access or use systems, for purposes other than as expressly permitted under this Policy.

- Share, transfer or lease its right to access and use systems, to any other person or entity which is not a party to this Policy.

The Group may designate a third party access to the systems on its behalf, provided the third party agrees to these terms and conditions. The Group remains responsible for the third party's compliance with the entire *System Access* provision.

## Security Procedures

The Group will use commercially reasonable physical and software-based measures and comply with our security procedures, as may be amended from time to time, to protect the system, its functionalities, and data accessed through systems from any unauthorized access or damage (including damage caused by computer viruses). The Group will notify us immediately if any breach of the security procedures, such as unauthorized use, is suspected.

## End of System Access

We have the right to end the Group's system access:

- On the date the Group does not accept the hardware, software and browser requirements provided by us, including any amendments to the requirements.

- Immediately on the date we reasonably determine that the Group has breached, or allowed a breach of, any applicable provision of this Policy. Upon the date this Policy ends, the Group agrees to cease all use of systems, and we will deactivate the Group's identification numbers and passwords and access to the system.

# Exhibit 1

1. **Parties.** The parties to this Policy are UnitedHealthcare Insurance Company and HARRIS PHARMACEUTICAL INC , the Group.

2. **Effective Date.** The effective date of this Policy is 12:01 a.m. on July 1, 2020 in the time zone of the Group's location.

3. **Place of Issuance.** We are issuing this Policy in Florida . The Policy is subject to the laws of the state of Florida and ERISA, unless the Group is not a private plan sponsor subject to ERISA. To the extent that state law applies, Florida law governs this Policy.

4. **Premiums.** We have the right to change the *Schedule of Premium Rates* or cost summary shown in each Exhibit 2, after a 45-day prior written notice on the first anniversary of the effective date of this Policy shown in the Group *Application*, on any following monthly due date, or on any date the provisions of this Policy are amended. We also have the right to change the *Schedule of Premium Rates*, retroactive to the effective date, if a Material Misrepresentation has resulted in a lower schedule of rates.

5. **Computation of Policy Charge.** A full month's Premium will be charged for any Covered Person who is covered under this Policy for any portion of a calendar month.

6. **Payment of the Policy Charge.** The Policy Charge is payable to us in advance by the Group on a monthly basis.

7. **Minimum Participation Requirement.** The minimum participation requirement for the Group is 75% of Eligible Persons excluding spousal waivers but no less than 50% of all Eligible Persons must be enrolled for coverage under this Policy.

8. **Minimum Contribution Requirement.** The Group must maintain a minimum contribution requirement of 50% of the Premium for each Eligible Person.

9. **Notice.** Any notice sent to us under this Policy must be sent to:

UnitedHealthcare Insurance Company
185 Asylum Street
Hartford, CT 06103-3408


Any notice sent to the Group under this Policy must be sent to:

HARRIS PHARMACEUTICAL INC
9090 PARK ROYAL DRIVE
FORT MYERS, FL 339080000

10. G/GA6L8672BW Group Number

# Exhibit 2

1. **Class Description.**

   See Group *Application*.

2. **Eligibility.** The eligibility rules are established by the Group. The following eligibility rules are in addition to the eligibility rules shown in the Group *Application* and/or in *Section 3: When Coverage Begins* of the *Certificate of Coverage:*

   A. The waiting or probationary period for newly Eligible Persons is as follows:

   60 days

   B. Notwithstanding Group's eligibility rules for health plan participation, continued coverage under this Policy for a Covered Person on a leave of absence (LOA) will be available in accordance with the following, unless state, local or federal law requires a longer period of time:

   ♦ For a Covered Person on a non-medical LOA, coverage will be available for no longer than 13 consecutive weeks from the beginning of the LOA.

   ♦ For a Covered Person on a medical LOA, coverage will be available for no longer than 26 consecutive weeks from the beginning of the LOA.

   C. Any required waiting period under this Section will not exceed 90 days

3. **Open Enrollment Period.** An Open Enrollment Period of at least 31 days will be provided by the Group when Eligible Persons may enroll for coverage. The Open Enrollment Period will occur on an annual basis.

4. **Effective Date for Eligible Persons.** The effective date of coverage for Eligible Persons who are eligible on the effective date of this Policy is July 1, 2020 .

   For an Eligible Person who becomes eligible after the effective date of this Policy, the effective date of coverage is the first day of the month following the last day of the required waiting period. Any required waiting period will not exceed 90 days.

5. **Schedule of Premium Rates.**

   Monthly Premiums payable by or on behalf of Covered Persons are shown in the cost summary detailed through the new business premium confirmation process and renewal package.



# STATEMENT OF PLAN YEAR

**Important Notice:**

Federal health care law will often apply to your group health plan as of the first day of the Plan Year beginning after the effective date of the new law.

In the vast majority of situations, a group's Plan Year and its insurance Policy Year are the same twelve month period of time. "Plan Year" means the twelve month period that is listed in your plan document. "Policy Year" means the twelve month period from the policy's issuance date (or last renewal date) and its next renewal date.

Consequently, we are administering this insurance policy consistent with the presumption that your Plan Year and insurance Policy Year are the same twelve month period of time.

If this information is not correct please contact your UnitedHealthcare representative as soon as possible.

# HARRIS PHARMACEUTICAL INC

### Master
### Policy and Certificate

*for your*

**Life Benefits**

**Accident Benefit**

**Dental Expense Benefits**



# UnitedHealthcare Insurance Company

## DENTAL INSURANCE

## GROUP POLICY

## FOR

## HARRIS PHARMACEUTICAL INC

GROUP NUMBER: G/GA6L8672BW
EFFECTIVE DATE: July 1, 2020
DENTAL PLAN: P4881

Offered and Underwritten by
UnitedHealthcare Insurance Company



# Group Policy

# UnitedHealthcare Insurance Company

185 Asylum Street

Hartford,  CT 06103-3408

1-800-357-1371

This Group Policy ("Policy") is entered into by and between UnitedHealthcare Insurance Company , and the "Enrolling Group," as stated in Exhibit 1.

Upon receipt of the Enrolling Group's application and payment of the required Policy Charges, this Policy is deemed executed. The Company agrees with the Enrolling Group to provide Coverage for Dental Services set forth herein, subject to the terms, conditions, exclusions, and limitations of this Policy. The Enrolling Group's application  is made a part of this Policy.

This Policy replaces and supersedes any previous agreements relating to the Coverage of Dental Services between the Enrolling Group and the Company.  The terms and conditions  of this Policy will in turn be superseded by those of any subsequent agreements relating to the Coverage of Dental Services between the Enrolling Group and the Company.

The Company will not be deemed or construed as an employer for any purpose with respect to the administration or provision of benefits under the Enrolling Group's benefit plan. The Company will not be responsible for fulfilling any duties or obligations of an employer with respect to the Enrolling Group's benefit plan.

This Policy will become effective at 12:01 a.m. at the Enrolling Group's address on the date specified in Exhibit 1, and will be continued in force by the timely payment of the required Policy Charges when due, subject to termination of this Policy as provided herein. When the Policy is terminated, as provided for in Article 5, this Policy and all Coverage under this Policy will end at 12:00 midnight  on the date of termination.

## This Policy Contains a Deductible Provision.

This Policy is delivered in and governed by the laws of the State of Florida .

Issued By:

UnitedHealthcare  Insurance Company



*William J Golden,  President*

# Article 1:   Definitions

The terms used in this Policy have the same meaning given those terms in the *Certificate of Coverage ("Certificate"),* unless otherwise specifically defined in this Policy.

# Article 2:   Dental Services

Subscribers and their Enrolled Dependents are entitled to Coverage for Dental Services subject to the terms, conditions, limitations and exclusions set forth in the *Certificate(s)* and *Schedule(s) of Covered Dental Services,* included in this Policy. The *Certificate(s)* and *Schedule(s) of Covered Dental Services* describe the Covered Dental Services including any optional Riders and Amendments, required Copayments, and the terms, conditions, limitations and exclusions related to Coverage.

# Article 3:   Premium Rates and Policy Charge

## Premiums

Monthly Premiums payable by or on behalf of Covered Persons are specified on Exhibit 2 to the Policy entitled "Premiums".

The Company reserves the right to change the schedule of rates for Premiums as described in Exhibit 1.

## Computation of Policy Charge

Each Policy Charge will be calculated based on the number of Subscribers in each Coverage classification the Company shows in its records at the time of calculation, at the Premiums then in effect. The Policy Charge is calculated as described in Exhibit 1.

## Adjustments to the Policy Charge

Retroactive adjustments may be made for any additions or terminations of Subscribers or changes in Coverage classification not reflected in the Company's records at the time the Policy Charge is calculated by the Company. However, no retroactive credit will be granted for any change occurring more than 60 days prior to the date the Company received notification of the change from the Enrolling Group, nor will retroactive credit be granted for any calendar month in which a Subscriber has received Dental Services.

The Enrolling Group will notify the Company in writing within 30 days of the effective date of enrollments, terminations or other changes; provided, however, that the Enrolling Group will notify the Company in writing each month of any changes in the Coverage classification of any Subscriber.

In the event there is any increase in premium tax, guarantee or uninsured fund assessment or other governmental charges relating to or calculated in regard to Premium such increase will be automatically added to the Premium.

## Payment of the Policy Charge

The Policy Charge is payable in advance by the Enrolling Group to the Company as described in Exhibit 1. The first Policy Charge is due and payable on the effective date of the Policy. Subsequent Policy Charges are due and payable no later than the first day of each period thereafter that the Policy is in effect.

A late payment charge will be assessed for any Policy Charge not received by the due date. A service charge will be assessed for any non-sufficient-fund check received in payment of the Policy Charge. All Policy Charge payments will be accompanied by supporting documentation which states the names of the Covered Persons for whom payment is made.

The Enrolling Group will reimburse the Company for attorney's fees and any other costs related to collecting delinquent Policy Charges.

**Grace Period**

A Grace Period of 31 days will be granted for the payment of any Policy Charge, during which time the Policy will continue in force. In no event will the Grace Period extend beyond the date the Policy terminates.

This Policy will automatically terminate on the last day of the calendar month the Grace Period expires and any Policy Charge remains unpaid, or if the Company receives written notice of termination from the Enrolling Group during the Grace Period.

# Article 4:   Eligibility and Effective Date of Coverage

## Initial Eligibility Period

Eligible Persons and their Dependents may enroll for Coverage under the Policy during the Initial Eligibility Period. The Initial Eligibility Period is the period of time agreed to by the Enrolling Group and the Company.

## Open Enrollment

If specified in the *Certificate* , the Enrolling Group will provide an Open Enrollment Period as specified in the *Certificate,* during which Eligible Persons may enroll for Coverage under the Policy.

## Eligibility Conditions

The eligibility conditions stated in the application are in addition to those specified in Section 2 of the *Certificate.*

## Effective Date of Coverage

Coverage for properly enrolled Eligible Persons and their Dependents will begin on the date stated in Exhibit 1.

# Article 5:   Policy Termination

## Conditions for Termination of This Entire Policy

This Policy and all Coverage under this Policy will automatically terminate on the earliest of the dates specified below:

A.   At the Company's option, retroactive to the last paid date of Coverage, if the Grace Period expires and any Policy Charge remains unpaid.

B.   On the date specified by the Enrolling Group, after at least 45 days prior written notice to the Company that this Policy will be terminated.

C.   On the date specified by the Company in written notice to the Enrolling Group that this Policy will be terminated, due to the Enrolling Group's violation of participation and contribution rules.

D.   On the date specified by the Company in written notice to the Enrolling Group that this Policy will be terminated because the Enrolling Group provided the Company with false information material to the execution of this Policy or to the provision of Coverage under this Policy. The Company has the right to rescind this Policy back to the effective date.

E.   On the date specified by the Company in written notice to the Enrolling Group that this Policy will be terminated because the Enrolling Group does not provide us with information that we need to administer the Policy or fails to perform any of its obligations that relate to the Policy.

F.   On the date specified by the Company after at least 90 days prior written notice to the Enrolling Group that this Policy will be terminated because the Company will no longer renew or issue this type of dental benefit plan within the applicable market.

G.   On the date specified by the Company after at least 180 days prior written notice to the applicable state authority and to the Enrolling Group that this Policy will be terminated because the Company will no longer renew or issue any employer dental benefit plan within the applicable market.

**Payment and Reimbursement Upon Termination**

Upon any termination of this Policy, the Enrolling Group will be and will remain liable to the Company for the payment of any and all Premiums which are unpaid at the time of termination, including a pro rata fee for any period this Policy was in force during the Grace Period, if any, preceding the termination.

# Article 6:   General Provisions

## Entire Policy

The Policy, including the *Certificate(s), Schedule(s) of Covered Dental Services,* the application of the Enrolling Group, any individual Subscriber applications, Amendments and Riders will constitute the entire Policy between parties. All statements made by the Enrolling Group or by a Subscriber will, in the absence of fraud, be deemed representations and not warranties.

## Time Limit on Certain Defenses

No statement made by the Enrolling Group, except a fraudulent statement, will be used to void this Policy after it has been in force for a period of 2 years.

## Amendments and Alterations

Amendments to the Policy are effective upon 45 days written notice to the Enrolling Group. Riders are effective on the date specified by the Company. No change will be made to this Policy unless made by an Amendment or a Rider which is signed by an executive officer of the Company. No agent has authority to change this Policy or to waive any of its provisions.

## Relationship Between Parties

The relationships between the Company and providers and relationships between the Company and Enrolling Groups, are solely contractual relationships between independent contractors. Providers and Enrolling Groups are not agents or employees of the Company, nor is the Company or any employee of the Company an agent or employee of providers or Enrolling Groups.

The relationship between a provider and any Covered Person is that of provider and patient. The provider is solely responsible for the services provided by it to any Covered Person. The relationship between any Enrolling Group and any Covered Person is that of employer and employee, Dependent, or other Coverage classification as defined in this Policy. The Enrolling Group is solely responsible for enrollment and Coverage classification changes (including termination of a Covered Person's Coverage through the Company) and for the timely payment of the Policy Charge.

## Records

The Enrolling Group will furnish the Company with all information and proofs which the Company may reasonably require with regard to any matters pertaining to this Policy. The Company may at any reasonable time inspect all documents furnished to the Enrolling Group by an individual in connection with the Coverage, and the Enrolling Group's payroll, and any other records pertinent to the Coverage under this Policy.

By accepting Benefits under this Policy, each Covered Person authorizes and directs any person or institution that has provided services to them, to furnish the Company or it's designees any and all information and records or copies of records relating to the services provided to the Covered Person. The Company has the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Subscriber's enrollment form.

The Company agrees that such information and records will be considered confidential. The Company has the right to release any and all records concerning dental services which are necessary to implement and administer the terms of this Policy, for appropriate medical review or quality assessment, or as the Company is required by law or regulation.

During and after the term of the Policy, the Company and its related entities may use and transfer the information gathered under the Policy for research and analytic purposes.

## Administrative Services

The services necessary to administer this Policy and the Coverage provided under it will be provided in accordance with the Company's or its designee's standard administrative procedures. If the Enrolling Group requests that such administrative services be provided in a manner other than in accordance with these standard procedures, including requests for non-standard reports, the Enrolling Group will pay for such services or reports at the Company's or its designee's then-current charges for such services or reports.

## ERISA

When this Policy is purchased by the Enrolling Group to provide benefits under a welfare plan governed by the Employee Retirement Income Security Act 29 U.S.C., 1001 et seq., the Company will not be named as and will not be the Plan Administrator or the named fiduciary of the welfare plan, as those terms are used in ERISA.

## Examination of Covered Persons

In the event of a question or dispute concerning Coverage for Dental Services, the Company may reasonably require that a Covered Person be examined at the Company's expense by a Dentist acceptable to the Company.

## Clerical Error

Clerical error will not deprive any individual of Coverage under this Policy or create a right to benefits. Failure to report the termination of Coverage will not continue such Coverage beyond the date it is scheduled to terminate according to the terms of this Policy. Upon discovery of a clerical error, any necessary appropriate adjustment in Premiums will be made. However, no such adjustment in Premiums or Coverage will be granted by the Company to the Enrolling Group for more than 60 days of Coverage prior to the date the Company received notification of such clerical error.

## Workers' Compensation Not Affected

The Coverage provided under this Policy does not substitute for and does not affect any requirements for coverage by workers' compensation insurance.

## Conformity with Statutes

Any provision of this Policy which, on its effective date, is in conflict with the requirements of applicable state or federal statutes or regulations is hereby amended to conform to the minimum requirements of such statutes and regulations.

## Waiver/Estoppel

Nothing in the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services* is considered to be waived by any party unless the party claiming the waiver receives the waiver in writing. A waiver of one provision does not constitute a waiver of any other. A failure of either party to enforce at any time any of the provisions of the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services,* or to exercise any option which is herein provided, will in no way be construed to be a waiver of such provision of the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services*.

## Headings

The headings, titles and any table of contents contained in the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services* are for reference purposes only and will not in any way affect the meaning or interpretation of the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services.*

## Unenforceable Provisions

If any provision of the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services* is held to be illegal or unenforceable by a court of competent jurisdiction, the remaining provisions will remain in effect and the illegal or unenforceable provision will be modified so as to conform to the original intent of the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services* to the greatest extent legally permissible.

## Notice

Written notice given by the Company to an authorized representative of the Enrolling Group is deemed notice to all affected Subscribers and their Enrolled Dependents in the administration of this Policy, including termination of this Policy. The Enrolling Group is responsible for giving notice to Covered Persons.

Any notice sent to the Company under this Policy and any notice sent to the Enrolling Group will be addressed as described in Exhibit 1.

## Continuation Coverage

The Company agrees to provide Coverage under the Policy for those Covered Persons who are eligible to continue Coverage under federal or state law, as described in the *Certificate(s)*.

The Company will not provide any administrative duties with respect to the Enrolling Group's compliance with federal or state law. All duties of the plan sponsor or plan administrator, including but not limited to notification of COBRA and state law continuation rights, and billing and collection of Premium, remain the sole responsibility of the Enrolling Group.

## Subscriber's Individual Certificate(s)

The Company will issue *Certificate(s), Schedule(s) of Covered Dental Services* and any attachments to the Enrolling Group who will in turn make them available to each covered Subscriber. Such *Certificate(s), Schedule(s) of Covered Dental Services* and any attachments may be provided in electronic format. The *Certificate(s), Schedule(s) of Covered Dental Services* and any attachments will show all the benefits and provisions of the Policy.

# Exhibit 1 to Dental Group Policy

1.  **Parties.** The parties to this Policy are UnitedHealthcare Insurance Company ("Company") and HARRIS PHARMACEUTICAL INC ("Enrolling Group").

2.  **Effective Date.** The effective date of this Policy is July 1, 2020 .

3.  **Premiums.** The Company reserves the right to change the schedule of rates for Premiums, after 45 days prior written notice on the first anniversary of the effective date of the Policy specified in the application or on any monthly due date thereafter, or on any date the provisions of the Policy are amended. The Company also reserves the right to change the schedule of rates for Premiums, retroactive to the effective date, if a material misrepresentation has resulted in a lower schedule of rates.

4.  **Computation of Policy Charge.**

    A full month's Premium will be charged for any Covered Person who is Covered under this Policy for any portion of a calendar month.

5.  **Payment of the Policy Charge.** The Policy Charge is payable in advance by the Enrolling Group to the Company on a monthly basis.

6.  **Minimum Participation Requirement.** The minimum participation requirement is 75% of Eligible Persons enrolled for Coverage under the Policy.

7.  **Notice.**

    Any notice sent to the Company under this Policy will be addressed to:

    UnitedHealthcare Insurance Company
    185 Asylum Street
    Hartford, CT 06103-3408


    Any notice sent to Enrolling Group under this Policy will be addressed to:

    HARRIS PHARMACEUTICAL INC
    9090 PARK ROYAL DRIVE
    FORT MYERS, FL 339080000

8.  **Enrolling Group Number**
    G/GA6L8672BW

# Exhibit 2 to Dental Group Policy

## Premiums

Monthly Premiums payable by or on behalf of Covered Persons are specified in the Cost Summary.

# Exhibit 3 to Dental Group Policy

## Policy Contents

All of the Dental Services and provisions in the *Certificate(s), Schedule(s) of Covered Dental Services,* Amendments and Riders, issued for the Enrolling Group are included and made part of this Policy.

# HARRIS PHARMACEUTICAL INC

### Master
### Policy and Certificate

*for your*

## Life Benefits

## Accident Benefit

## Dental Expense Benefits



UnitedHealthcare®
A UnitedHealth Group Company

# UnitedHealthcare Insurance Company

## DENTAL INSURANCE

## GROUP POLICY

## FOR

## HARRIS PHARMACEUTICAL INC

GROUP NUMBER: G/GA6Y8556BW
EFFECTIVE DATE: July 1, 2020
DENTAL PLAN: P4881

Offered and Underwritten by
UnitedHealthcare Insurance Company



# Group Policy

# UnitedHealthcare Insurance Company

185 Asylum Street

Hartford,  CT 06103-3408

1-800-357-1371

This Group Policy ("Policy") is entered into by and between UnitedHealthcare Insurance Company , and the "Enrolling Group," as stated in Exhibit 1.

Upon receipt of the Enrolling Group's application and payment of the required Policy Charges, this Policy is deemed executed. The Company agrees with the Enrolling Group to provide Coverage for Dental Services set forth herein, subject to the terms, conditions, exclusions, and limitations of this Policy. The Enrolling Group's application  is made a part of this Policy.

This Policy replaces and supersedes any previous agreements relating to the Coverage of Dental Services between the Enrolling Group and the Company.  The terms and conditions  of this Policy will in turn be superseded by those of any subsequent agreements relating to the Coverage of Dental Services between the Enrolling Group and the Company.

The Company will not be deemed or construed as an employer for any purpose with respect to the administration or provision of benefits under the Enrolling Group's benefit plan. The Company will not be responsible for fulfilling any duties or obligations of an employer with respect to the Enrolling Group's benefit plan.

This Policy will become effective at 12:01 a.m. at the Enrolling Group's address on the date specified in Exhibit 1, and will be continued in force by the timely payment of the required Policy Charges when due, subject to termination of this Policy as provided herein. When the Policy is terminated, as provided for in Article 5, this Policy and all Coverage under this Policy will end at 12:00 midnight on the date of termination.

## This Policy Contains a Deductible Provision.

This Policy is delivered in and governed by the laws of the State of Florida .

Issued By:

UnitedHealthcare  Insurance Company

*William J Golden,  President*

# Article 1:   Definitions

The terms used in this Policy have the same meaning given those terms in the *Certificate of Coverage ("Certificate"),* unless otherwise specifically defined in this Policy.

# Article 2:   Dental Services

Subscribers and their Enrolled Dependents are entitled to Coverage for Dental Services subject to the terms, conditions, limitations and exclusions set forth in the *Certificate(s)* and *Schedule(s) of Covered Dental Services,* included in this Policy. The *Certificate(s)* and *Schedule(s) of Covered Dental Services* describe the Covered Dental Services including any optional Riders and Amendments, required Copayments, and the terms, conditions, limitations and exclusions related to Coverage.

# Article 3:   Premium Rates and Policy Charge

## Premiums

Monthly Premiums payable by or on behalf of Covered Persons are specified on Exhibit 2 to the Policy entitled "Premiums".

The Company reserves the right to change the schedule of rates for Premiums as described in Exhibit 1.

## Computation of Policy Charge

Each Policy Charge will be calculated based on the number of Subscribers in each Coverage classification the Company shows in its records at the time of calculation, at the Premiums then in effect. The Policy Charge is calculated as described in Exhibit 1.

## Adjustments to the Policy Charge

Retroactive adjustments may be made for any additions or terminations of Subscribers or changes in Coverage classification not reflected in the Company's records at the time the Policy Charge is calculated by the Company. However, no retroactive credit will be granted for any change occurring more than 60 days prior to the date the Company received notification of the change from the Enrolling Group, nor will retroactive credit be granted for any calendar month in which a Subscriber has received Dental Services.

The Enrolling Group will notify the Company in writing within 30 days of the effective date of enrollments, terminations or other changes; provided, however, that the Enrolling Group will notify the Company in writing each month of any changes in the Coverage classification of any Subscriber.

In the event there is any increase in premium tax, guarantee or uninsured fund assessment or other governmental charges relating to or calculated in regard to Premium such increase will be automatically added to the Premium.

## Payment of the Policy Charge

The Policy Charge is payable in advance by the Enrolling Group to the Company as described in Exhibit 1. The first Policy Charge is due and payable on the effective date of the Policy. Subsequent Policy Charges are due and payable no later than the first day of each period thereafter that the Policy is in effect.

A late payment charge will be assessed for any Policy Charge not received by the due date. A service charge will be assessed for any non-sufficient-fund check received in payment of the Policy Charge. All Policy Charge payments will be accompanied by supporting documentation which states the names of the Covered Persons for whom payment is made.

The Enrolling Group will reimburse the Company for attorney's fees and any other costs related to collecting delinquent Policy Charges.

**Grace Period**

A Grace Period of 31 days will be granted for the payment of any Policy Charge, during which time the Policy will continue in force. In no event will the Grace Period extend beyond the date the Policy terminates.

This Policy will automatically terminate on the last day of the calendar month the Grace Period expires and any Policy Charge remains unpaid, or if the Company receives written notice of termination from the Enrolling Group during the Grace Period.

# Article 4:   Eligibility and Effective Date of Coverage

## Initial Eligibility Period

Eligible Persons and their Dependents may enroll for Coverage under the Policy during the Initial Eligibility Period. The Initial Eligibility Period is the period of time agreed to by the Enrolling Group and the Company.

## Open Enrollment

If specified in the *Certificate* , the Enrolling Group will provide an Open Enrollment Period as specified in the *Certificate,* during which Eligible Persons may enroll for Coverage under the Policy.

## Eligibility Conditions

The eligibility conditions stated in the application are in addition to those specified in Section 2 of the *Certificate.*

## Effective Date of Coverage

Coverage for properly enrolled Eligible Persons and their Dependents will begin on the date stated in Exhibit 1.

# Article 5:   Policy Termination

## Conditions for Termination of This Entire Policy

This Policy and all Coverage under this Policy will automatically terminate on the earliest of the dates specified below:

A.   At the Company's option, retroactive to the last paid date of Coverage, if the Grace Period expires and any Policy Charge remains unpaid.

B.   On the date specified by the Enrolling Group, after at least 45 days prior written notice to the Company that this Policy will be terminated.

C.   On the date specified by the Company in written notice to the Enrolling Group that this Policy will be terminated, due to the Enrolling Group's violation of participation and contribution rules.

D.   On the date specified by the Company in written notice to the Enrolling Group that this Policy will be terminated because the Enrolling Group provided the Company with false information material to the execution of this Policy or to the provision of Coverage under this Policy. The Company has the right to rescind this Policy back to the effective date.

E.   On the date specified by the Company in written notice to the Enrolling Group that this Policy will be terminated because the Enrolling Group does not provide us with information that we need to administer the Policy or fails to perform any of its obligations that relate to the Policy.

F.   On the date specified by the Company after at least 90 days prior written notice to the Enrolling Group that this Policy will be terminated because the Company will no longer renew or issue this type of dental benefit plan within the applicable market.

G.   On the date specified by the Company after at least 180 days prior written notice to the applicable state authority and to the Enrolling Group that this Policy will be terminated because the Company will no longer renew or issue any employer dental benefit plan within the applicable market.

**Payment and Reimbursement Upon Termination**

Upon any termination of this Policy, the Enrolling Group will be and will remain liable to the Company for the payment of any and all Premiums which are unpaid at the time of termination, including a pro rata fee for any period this Policy was in force during the Grace Period, if any, preceding the termination.

# Article 6:   General Provisions

## Entire Policy

The Policy, including the *Certificate(s), Schedule(s) of Covered Dental Services,* the application of the Enrolling Group, any individual Subscriber applications, Amendments and Riders will constitute the entire Policy between parties. All statements made by the Enrolling Group or by a Subscriber will, in the absence of fraud, be deemed representations and not warranties.

## Time Limit on Certain Defenses

No statement made by the Enrolling Group, except a fraudulent statement, will be used to void this Policy after it has been in force for a period of 2 years.

## Amendments and Alterations

Amendments to the Policy are effective upon 45 days written notice to the Enrolling Group. Riders are effective on the date specified by the Company. No change will be made to this Policy unless made by an Amendment or a Rider which is signed by an executive officer of the Company. No agent has authority to change this Policy or to waive any of its provisions.

## Relationship Between Parties

The relationships between the Company and providers and relationships between the Company and Enrolling Groups, are solely contractual relationships between independent contractors. Providers and Enrolling Groups are not agents or employees of the Company, nor is the Company or any employee of the Company an agent or employee of providers or Enrolling Groups.

The relationship between a provider and any Covered Person is that of provider and patient. The provider is solely responsible for the services provided by it to any Covered Person. The relationship between any Enrolling Group and any Covered Person is that of employer and employee, Dependent, or other Coverage classification as defined in this Policy. The Enrolling Group is solely responsible for enrollment and Coverage classification changes (including termination of a Covered Person's Coverage through the Company) and for the timely payment of the Policy Charge.

## Records

The Enrolling Group will furnish the Company with all information and proofs which the Company may reasonably require with regard to any matters pertaining to this Policy. The Company may at any reasonable time inspect all documents furnished to the Enrolling Group by an individual in connection with the Coverage, and the Enrolling Group's payroll, and any other records pertinent to the Coverage under this Policy.

By accepting Benefits under this Policy, each Covered Person authorizes and directs any person or institution that has provided services to them, to furnish the Company or it's designees any and all information and records or copies of records relating to the services provided to the Covered Person. The Company has the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Subscriber's enrollment form.

The Company agrees that such information and records will be considered confidential. The Company has the right to release any and all records concerning dental services which are necessary to implement and administer the terms of this Policy, for appropriate medical review or quality assessment, or as the Company is required by law or regulation.

During and after the term of the Policy, the Company and its related entities may use and transfer the information gathered under the Policy for research and analytic purposes.

## Administrative Services

The services necessary to administer this Policy and the Coverage provided under it will be provided in accordance with the Company's or its designee's standard administrative procedures. If the Enrolling Group requests that such administrative services be provided in a manner other than in accordance with these standard procedures, including requests for non-standard reports, the Enrolling Group will pay for such services or reports at the Company's or its designee's then-current charges for such services or reports.

## ERISA

When this Policy is purchased by the Enrolling Group to provide benefits under a welfare plan governed by the Employee Retirement Income Security Act 29 U.S.C., 1001 et seq., the Company will not be named as and will not be the Plan Administrator or the named fiduciary of the welfare plan, as those terms are used in ERISA.

## Examination of Covered Persons

In the event of a question or dispute concerning Coverage for Dental Services, the Company may reasonably require that a Covered Person be examined at the Company's expense by a Dentist acceptable to the Company.

## Clerical Error

Clerical error will not deprive any individual of Coverage under this Policy or create a right to benefits. Failure to report the termination of Coverage will not continue such Coverage beyond the date it is scheduled to terminate according to the terms of this Policy. Upon discovery of a clerical error, any necessary appropriate adjustment in Premiums will be made. However, no such adjustment in Premiums or Coverage will be granted by the Company to the Enrolling Group for more than 60 days of Coverage prior to the date the Company received notification of such clerical error.

## Workers' Compensation Not Affected

The Coverage provided under this Policy does not substitute for and does not affect any requirements for coverage by workers' compensation insurance.

## Conformity with Statutes

Any provision of this Policy which, on its effective date, is in conflict with the requirements of applicable state or federal statutes or regulations is hereby amended to conform to the minimum requirements of such statutes and regulations.

## Waiver/Estoppel

Nothing in the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services* is considered to be waived by any party unless the party claiming the waiver receives the waiver in writing. A waiver of one provision does not constitute a waiver of any other. A failure of either party to enforce at any time any of the provisions of the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services,* or to exercise any option which is herein provided, will in no way be construed to be a waiver of such provision of the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services*.

## Headings

The headings, titles and any table of contents contained in the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services* are for reference purposes only and will not in any way affect the meaning or interpretation of the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services.*

## Unenforceable Provisions

If any provision of the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services* is held to be illegal or unenforceable by a court of competent jurisdiction, the remaining provisions will remain in effect and the illegal or unenforceable provision will be modified so as to conform to the original intent of the Policy, *Certificate(s)* or *Schedule(s) of Covered Dental Services* to the greatest extent legally permissible.

## Notice

Written notice given by the Company to an authorized representative of the Enrolling Group is deemed notice to all affected Subscribers and their Enrolled Dependents in the administration of this Policy, including termination of this Policy. The Enrolling Group is responsible for giving notice to Covered Persons.

Any notice sent to the Company under this Policy and any notice sent to the Enrolling Group will be addressed as described in Exhibit 1.

## Continuation Coverage

The Company agrees to provide Coverage under the Policy for those Covered Persons who are eligible to continue Coverage under federal or state law, as described in the *Certificate(s)*.

The Company will not provide any administrative duties with respect to the Enrolling Group's compliance with federal or state law. All duties of the plan sponsor or plan administrator, including but not limited to notification of COBRA and state law continuation rights, and billing and collection of Premium, remain the sole responsibility of the Enrolling Group.

## Subscriber's Individual Certificate(s)

The Company will issue *Certificate(s), Schedule(s) of Covered Dental Services* and any attachments to the Enrolling Group who will in turn make them available to each covered Subscriber. Such *Certificate(s), Schedule(s) of Covered Dental Services* and any attachments may be provided in electronic format. The *Certificate(s), Schedule(s) of Covered Dental Services* and any attachments will show all the benefits and provisions of the Policy.

# Exhibit 1 to Dental Group Policy

1. **Parties.** The parties to this Policy are UnitedHealthcare Insurance Company ("Company") and HARRIS PHARMACEUTICAL INC ("Enrolling Group").

2. **Effective Date.** The effective date of this Policy is July 1, 2020 .

3. **Premiums.** The Company reserves the right to change the schedule of rates for Premiums, after 45 days prior written notice on the first anniversary of the effective date of the Policy specified in the application or on any monthly due date thereafter, or on any date the provisions of the Policy are amended. The Company also reserves the right to change the schedule of rates for Premiums, retroactive to the effective date, if a material misrepresentation has resulted in a lower schedule of rates.

4. **Computation of Policy Charge.**

   A full month's Premium will be charged for any Covered Person who is Covered under this Policy for any portion of a calendar month.

5. **Payment of the Policy Charge.** The Policy Charge is payable in advance by the Enrolling Group to the Company on a monthly basis.

6. **Minimum Participation Requirement.** The minimum participation requirement is 75% of Eligible Persons enrolled for Coverage under the Policy.

7. **Notice.**

   Any notice sent to the Company under this Policy will be addressed to:

   UnitedHealthcare Insurance Company
   185 Asylum Street
   Hartford, CT 06103-3408

   Any notice sent to Enrolling Group under this Policy will be addressed to:

   HARRIS PHARMACEUTICAL INC
   9090 PARK ROYAL DRIVE
   FORT MYERS, FL 339080000

8. **Enrolling Group Number**
   G/GA6Y8556BW

# Exhibit 2 to Dental Group Policy

## Premiums

Monthly Premiums payable by or on behalf of Covered Persons are specified in the Cost Summary.

# Exhibit 3 to Dental Group Policy

## Policy Contents

All of the Dental Services and provisions in the *Certificate(s), Schedule(s) of Covered Dental Services,* Amendments and Riders, issued for the Enrolling Group are included and made part of this Policy.

# UNITEDHEALTHCARE INSURANCE COMPANY

## LIFE INSURANCE

## ACCIDENTAL DEATH, DISMEMBERMENT OR LOSS OF USE INSURANCE

## GROUP POLICY
## FOR

## HARRIS PHARMACEUTICAL INC

GROUP NUMBER: G/GA6Y8556BW

Offered and Underwritten by
UnitedHealthcare Insurance Company



**UnitedHealthcare Insurance Company**
**185 Asylum Street**
**Hartford, Connecticut**
**(Home Office)**

---

Policyholder:  HARRIS PHARMACEUTICAL INC

Policy Number:  G/GA6Y8556BW

Effective Date: July 1, 2020

Premium Due Date: July 1 and the first day of each month thereafter

Policy Anniversaries will be each July 1


We, UnitedHealthcare Insurance Company, agree to provide, for eligible persons becoming insured under the Policy, the benefits according to the terms, provisions and limitations of it. The following pages, including any riders, endorsements or amendments, are part of the Policy.

The Policy is issued in consideration of the Policyholder's application, a copy of which is attached.

The Policy becomes effective at 12:01 A.M. Eastern Standard time on the Effective Date shown above. The Policy will continue in force by the payment of premiums when due. The Policy is subject to termination according to its terms.

**Read the Policy Carefully**

This is a legal contract between the Policyholder and Us. If the Policyholder has any questions or problems with the Policy, We will be ready to help the Policyholder. The Policyholder may call upon his agent or Our Home Office for assistance at any time.

The Policy is issued in and governed by the laws of the State in which it is delivered.

We have, by its President and Secretary, executed the Policy at Hartford, Connecticut. If the Policyholder or the Covered Person have questions, need information about their insurance, or need assistance in resolving complaints, call 866-293-1794.

_Thomas J M&lt;sup&gt;c&lt;/sup&gt;Lure_

Secretary

_William J Golden, President_

**Group Life, Accidental Death and**
**Dismemberment Insurance Policy**
**Nonparticipating**

**Administrative Office:**
**9900 Bren Road East**
**Minnetonka, MN 55343**

## POLICY GENERAL PROVISIONS

**Certificates:** The Policyholder will be furnished with individual Certificates for delivery to each Covered Person. These certificates summarize the benefits provided by the Policy. If there is a conflict between the Policy and the Certificate, the Policy will control.

**Conformity With State or Federal Statutes:** If any provision of the Policy conflicts with any applicable law, the provision will be deemed to conform to the minimum requirements of the law.

**Entire Group Contract:** The entire Group Contract between the Policyholder and Us consists of the Policy, Certificate and the Policyholder's application (a copy of which is attached). All statements made by the Policyholder and by any Covered Person are representations and not warranties. No statement made by the Covered Person will be used to contest the insurance provided by the Policy, unless:

1.   it is contained in a written statement signed by the Covered Person; and

2.   a copy of the statement is furnished to the Covered Person or beneficiary.

Only We may change the Policy or extend the time for payment of any premium. No change will be valid unless made in writing and signed by Us. Any change so made will be binding on all persons referred to in the Policy. No agent has the authority to change the Policy or waive any of the provisions. For purposes of the Policy, the Policyholder acts on its own behalf, or as the Covered Person's agent. The Policyholder is not an agent of Ours.

**Incorporation Provision:** The provisions of the attached Certificate(s), any riders, endorsements and any amendments, including any Certificate, rider, endorsements and amendment issued after the Policy Effective Date, are made a part of the Policy.

**Nonparticipation:** The Policy will not be entitled to share in Our surplus earnings.

**Termination of the Policy:** The Policy or line of insurance (if applicable) may be canceled by either the Policyholder or Us. We may cancel or offer to modify the Policy if any of the following occurs:

1.   less than 75% of all eligible Employees are participating, if the employer contributes partially towards the cost of insurance;

2.   less than 100% of all eligible Employees are participating, if the employer contributes in whole towards the cost of insurance;

3.   the Policyholder does not provide Us with information that We need to administer the Policy;

4.   the Policyholder fails to perform any of its obligations that relate to the Policy;

5.   the date the number of Covered Persons decreases to less than 2 under the Policy or line of insurance (if applicable);

6.   on the last day of the Grace Period, if the next payment is not made.

If the Policyholder fails to pay any premium within the Grace Period, the Policy will terminate without further notice retroactive to the last day of the Grace Period. The Policyholder will remain liable for payments of a pro rata premium for the time the Policy remains in-force during the Grace Period. The Policyholder must pay Us all premium due for the full period the Policy is in effect. We reserve the right to review and terminate all classes insured under the Policy, if any class(es) cease to be insured.

# UNITEDHEALTHCARE INSURANCE COMPANY

## LIFE INSURANCE

## ACCIDENTAL DEATH, DISMEMBERMENT OR LOSS OF USE INSURANCE

## GROUP POLICY
## FOR

## HARRIS PHARMACEUTICAL INC

GROUP NUMBER: G/GA6L8672BW

Offered and Underwritten by
UnitedHealthcare Insurance Company



**UnitedHealthcare Insurance Company**
**185 Asylum Street**
**Hartford, Connecticut**
**(Home Office)**

---

Policyholder: HARRIS PHARMACEUTICAL INC

Policy Number: G/GA6L8672BW

Effective Date: July 1, 2020

Premium Due Date: July 1 and the first day of each month thereafter

Policy Anniversaries will be each July 1

We, UnitedHealthcare Insurance Company, agree to provide, for eligible persons becoming insured under the Policy, the benefits according to the terms, provisions and limitations of it. The following pages, including any riders, endorsements or amendments, are part of the Policy.

The Policy is issued in consideration of the Policyholder's application, a copy of which is attached.

The Policy becomes effective at 12:01 A.M. Eastern Standard time on the Effective Date shown above. The Policy will continue in force by the payment of premiums when due. The Policy is subject to termination according to its terms.

**Read the Policy Carefully**

This is a legal contract between the Policyholder and Us. If the Policyholder has any questions or problems with the Policy, We will be ready to help the Policyholder. The Policyholder may call upon his agent or Our Home Office for assistance at any time.

The Policy is issued in and governed by the laws of the State in which it is delivered.

We have, by its President and Secretary, executed the Policy at Hartford, Connecticut. If the Policyholder or the Covered Person have questions, need information about their insurance, or need assistance in resolving complaints, call 866-293-1794.

*Thomas J McClure*

Secretary

*William J Golden, President*

**Group Life, Accidental Death and Dismemberment Insurance Policy Nonparticipating**

**Administrative Office:**
**9900 Bren Road East**
**Minnetonka, MN 55343**

## POLICY GENERAL PROVISIONS

**Certificates:** The Policyholder will be furnished with individual Certificates for delivery to each Covered Person. These certificates summarize the benefits provided by the Policy. If there is a conflict between the Policy and the Certificate, the Policy will control.

**Conformity With State or Federal Statutes:** If any provision of the Policy conflicts with any applicable law, the provision will be deemed to conform to the minimum requirements of the law.

**Entire Group Contract:** The entire Group Contract between the Policyholder and Us consists of the Policy, Certificate and the Policyholder's application (a copy of which is attached). All statements made by the Policyholder and by any Covered Person are representations and not warranties. No statement made by the Covered Person will be used to contest the insurance provided by the Policy, unless:

1.   it is contained in a written statement signed by the Covered Person; and

2.   a copy of the statement is furnished to the Covered Person or beneficiary.

Only We may change the Policy or extend the time for payment of any premium. No change will be valid unless made in writing and signed by Us. Any change so made will be binding on all persons referred to in the Policy. No agent has the authority to change the Policy or waive any of the provisions. For purposes of the Policy, the Policyholder acts on its own behalf, or as the Covered Person's agent. The Policyholder is not an agent of Ours.

**Incorporation Provision:** The provisions of the attached Certificate(s), any riders, endorsements and any amendments, including any Certificate, rider, endorsements and amendment issued after the Policy Effective Date, are made a part of the Policy.

**Nonparticipation:** The Policy will not be entitled to share in Our surplus earnings.

**Termination of the Policy:** The Policy or line of insurance (if applicable) may be canceled by either the Policyholder or Us. We may cancel or offer to modify the Policy if any of the following occurs:

1.   less than 75% of all eligible Employees are participating, if the employer contributes partially towards the cost of insurance;

2.   less than 100% of all eligible Employees are participating, if the employer contributes in whole towards the cost of insurance;

3.   the Policyholder does not provide Us with information that We need to administer the Policy;

4.   the Policyholder fails to perform any of its obligations that relate to the Policy;

5.   the date the number of Covered Persons decreases to less than 2 under the Policy or line of insurance (if applicable);

6.   on the last day of the Grace Period, if the next payment is not made.

If the Policyholder fails to pay any premium within the Grace Period, the Policy will terminate without further notice retroactive to the last day of the Grace Period. The Policyholder will remain liable for payments of a pro rata premium for the time the Policy remains in-force during the Grace Period. The Policyholder must pay Us all premium due for the full period the Policy is in effect. We reserve the right to review and terminate all classes insured under the Policy, if any class(es) cease to be insured.