# EXHIBIT 6

# UnitedHealthcare®

Customer No: 06Y8554

| Invoice Number | Type | Due Date | Premium | Payment Date | Days Paid | Payment Amount | Payment Type |
|---|---|---|---|---|---|---|---|
| | | | PRE-PREFERENCE PERIOD | | | | |
| 144733506786 | Invoice | 8/1/2018 | $11,689.38 | | | | |
| | Payment | | | 8/10/2018 | 9.00 | ($11,689.38) | Auto Payment - Checking $11,689.38 |
| 144707563487 | Invoice | 9/1/2018 | $4,610.33 | | | | |
| | Payment | | | 9/12/2018 | 11.00 | ($4,610.33) | Auto Payment - Checking $4,610.33 |
| 144711967817 | Invoice | 10/1/2018 | $5,227.51 | | | | |
| | Payment | | | 10/11/2018 | 10.00 | ($5,227.51) | Auto Payment - Checking $5,227.51 |
| 144732742343 | Invoice | 11/1/2018 | $8,058.23 | | | | |
| | Payment | | | 11/13/2018 | 12.00 | ($8,058.23) | Auto Payment - Checking $8,058.23 |
| 144781146294 | Invoice | 12/1/2018 | $6,642.87 | | | | |
| | Payment | | | 12/12/2018 | 11.00 | ($6,642.87) | Auto Payment - Checking $6,642.87 |
| 144761160099 | Invoice | 1/1/2019 | $6,642.87 | | | | |
| | Payment | | | 1/10/2019 | 9.00 | ($6,642.87) | Auto Payment - Checking $6,642.87 |
| 144766583972 | Invoice | 2/1/2019 | $6,642.87 | | | | |
| | Payment | | | 2/12/2019 | 11.00 | ($6,642.87) | Auto Payment - Checking $6,642.87 |
| 144719424694 | Invoice | 3/1/2019 | $6,642.87 | | | | |
| | Payment | | | 3/12/2019 | 11.00 | ($6,642.87) | Auto Payment - Checking $6,642.87 |
| 144788021577 | Invoice | 4/1/2019 | $6,642.87 | | | | |
| | Payment | | | 4/10/2019 | 9.00 | ($6,642.87) | Auto Payment - Checking $6,642.87 |
| 144750582501 | Invoice | 5/1/2019 | $7,877.23 | | | | |
| | Payment | | | 5/10/2019 | 9.00 | ($7,877.23) | Auto Payment - Checking $7,877.23 |
| 144785161922 | Invoice | 6/1/2019 | $6,786.21 | | | | |
| | Payment | | | 6/12/2019 | 11.00 | ($6,786.21) | Auto Payment - Checking $6,786.21 |
| 144760791444 | Invoice | 7/1/2019 | $8,399.24 | | | | |
| | Payment | | | 7/10/2019 | 9.00 | ($8,399.24) | Auto Payment - Checking $8,399.24 |
| 144754262392 | Invoice | 8/1/2019 | $9,794.86 | | | | |
| | Payment | | | 8/12/2019 | 11.00 | ($9,794.86) | Auto Payment - Checking $9,794.86 |
| 144742972915 | Invoice | 9/1/2019 | $9,097.05 | | | | |
| | Payment | | | 9/11/2019 | 10.00 | ($9,097.05) | Auto Payment - Checking $9,097.05 |

| Invoice # | Type | Invoice Date | Invoice Amount | Payment Date | Days | Payment Amount | Notes |
|---|---|---|---|---|---|---|---|
| 144796174582 | Invoice | 10/1/2019 | $9,097.05 | | | | |
| | Payment | | | 10/10/2019 | 9.00 | ($9,097.05) | Auto Payment - Checking $9,097.05 |
| 144738847710 | Invoice | 11/1/2019 | $9,097.05 | | | | |
| | Payment | | | 11/13/2019 | 12.00 | ($9,097.05) | Auto Payment - Checking $9,097.05 |
| 144741113379 | Invoice | 12/1/2019 | $7,523.15 | | | | |
| | Payment | | | 12/11/2019 | 10.00 | ($7,523.15) | Auto Payment - Checking $7,523.15 |
| 144734729266 | Invoice | 1/1/2020 | $8,310.10 | | | | |
| | Payment | | | 1/10/2020 | 9.00 | ($8,310.10) | Auto Payment - Checking $8,310.10 |
| 144702416670 | Invoice | 2/1/2020 | $9,884.00 | | | | |
| | Payment | | | 2/12/2020 | 11.00 | ($9,884.00) | Auto Payment - Checking $9,884.00 |
| 144702111598 | Invoice | 3/1/2020 | $9,097.05 | | | | |
| | Payment | | | 3/11/2020 | 10.00 | ($9,097.05) | Auto Payment - Checking $9,097.05 |
| 144731341790 | Invoice | 4/1/2020 | $9,097.05 | | | | |
| | Payment | | | 4/10/2020 | 9.00 | ($9,097.05) | Auto Payment - Checking $9,097.05 |
| 144756539665 | Invoice | 5/1/2020 | $9,097.05 | | | | |
| | Payment | | | 5/12/2020 | 11.00 | ($9,097.05) | Auto Payment - Checking $9,097.05 |
| 144746431644 | Invoice | 6/1/2020 | $9,097.05 | | | | |
| | Payment | | | 6/10/2020 | 9.00 | ($9,097.05) | Auto Payment - Checking $9,097.05 |
| 144738581156 | Invoice | 7/1/2020 | $6,389.34 | | | | |
| 144726098700 | Invoice | 7/1/2020 | ($1,249.04) | | | | |
| | Payment | | | 7/10/2020 | 9.00 | ($5,140.30) | Auto Payment - Checking $5,140.30 |
| **PREFERENCE PERIOD** | | | | | | | |
| 144776362116 | Invoice | 8/1/2020 | $6,816.52 | | | | |
| | Payment | | | 8/12/2020 | 11.00 | ($6,816.52) | Auto Payment - Checking $6,816.52 |
| 144700475505 | Invoice | 9/1/2020 | $6,816.52 | | | | |
| | Payment | | | 9/10/2020 | 9.00 | ($6,816.52) | Auto Payment - Checking $6,816.52 |
| 144753537878 | Invoice | 10/1/2020 | $6,816.52 | | | | |
| | Payment | | | 10/13/2020 | 12.00 | ($6,816.52) | Auto Payment - Checking $6,816.52 |

| | Median Payment Days | Average Payment Days | Range Payment Days | Average Invoice |
|---|---|---|---|---|
| Pre-Preference Period | 10.00 | 10.1 | 9-12 | $7,976.80 |
| Preference Period: | 11.00 | 10.7 | 9-12 | $6,816.52 |